# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA



**James L. Corpening, Jr.**
**Chief U.S. Probation Officer**

200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
910-346-5105
Fax: 910-347-9136

**DATE:** February 9, 2018

**FROM:** C. Lee Meeks, Jr.
U.S. Probation Officer

**SUBJECT:** SMITH, Jaime Leonard
Case No.: 4:15-CR-60-1BO
<u>**Request for Early Termination**</u>

**TO:** Terrence W. Boyle
U.S. District Judge

On March 22, 2016, pursuant to a guilty plea to Perjury, Jaime Leonard Smith appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to 3 years probation. Smith has performed satisfactorily on supervision. The defendant submitted to DNA testing and completed 150 hours of community service. Additionally, Smith was transferred to low intensity supervision in January 2017. The term of probation is set to expire on March 21, 2019.

On November 9, 2017, the defendant, through her attorney, filed a Motion for Termination of Probation with the court. On December 12, 2017, the government filed a Response in Opposition to Motion for Early Termination of Probation. The defendant's Motion for Termination of Probation remains pending before the court.

As a result of the defendant's compliance with the terms of probation and completion of one year in the Low Intensity Program, the probation office is requesting early termination. The U.S. Attorney's Office has been contacted and they object to our request for early termination due to the financial obligations that remain outstanding in the civil settlement. Please indicate the court's preference by marking the appropriate selection below.

☒ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_/s/ Terrence Boyle_                    2-10-18
Terrence W. Boyle                        Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.         Crim. No. 4:15-CR-60-1BO

**JAIME LEONARD SMITH**

On March 22, 2016, the above named was placed on probation for a period of 36 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton  
Robert L. Thornton  
Supervising U.S. Probation Officer

/s/ C. Lee Meeks, Jr.  
C. Lee Meeks, Jr.  
U.S. Probation Officer  
200 Williamsburg Pkwy, Unit 2  
Jacksonville, NC 28546-6762  
Phone: 910-346-5105  
Executed On: February 9, 2018

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __10__ day of __Feb_____, 2018.

Terrence W. Boyle  
U.S. District Judge